HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE RICHARD STEELE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>US PAROLE COMMISSION,<br><br>　　　　　Respondent. | CASE NO. C16-5265-RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>[Dkt. #15] |

THIS MATTER is before the Court on Magistrate Judge Strombom's Report and Recommendation [Dkt. #15] regarding Steele's §2241 Petition for a writ of habeas corpus. Steele has been paroled.

1. The Report and Recommendation is **ADOPTED;**

2. Steele's §2241 Petition for a writ of habeas corpus **DISMISSED with prejudice.**

3. The Clerk shall send copies of this Order to Petitioner, defendant's counsel, and to United States Magistrate Judge Strombom.

IT IS SO ORDERED.

Dated this 1st day of September, 2016.

　　　　　　　　　　　　　　　　　　　Ronald B. Leighton
　　　　　　　　　　　　　　　　　　　United States District Judge